**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SHARON ALLEN; THE WASHINGTON PROTECTION AND ADVOCACY SYSTEM,IN C., a Washington corporation; and THE ARC OF CLARK COUNTY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN STATE HOSPITAL, and ANDREW PHILLIPS, in his capacity as the Chief Executive Officer of Western State Hospital; et al., ,<br><br>Defendants. | **Case No.** C99-5018RBL<br><br>Minute Order<br>re: MEDIATION CONFERENCE |

THIS matter supplements the Minute Order of November 29, 2006. The court conferred with counsel Deborah Dorfman, Edward Dee, and Morgan Pate telephonically, this date, regarding compliance with the terms of the aforementioned Minute Order. The parties confirmed that they had exchanged information and materials as set forth therein, and conferred February 8, 2006 as scheduled. **The parties further confirmed that  all pending issues are resolved**. The meeting with this court initially scheduled for February 15, and later rescheduled for February 13, is accordingly canceled.

Entered by Deputy Clerk, /s/*Kelly Miller*, this 9th day of February, 2007.

ORDER
Page - 1