1
2
3
4                                                          Honorable Ronald B. Leighton
5
6
7
8
9                    IN THE UNITED STATES DISTRICT COURT
10                   FOR THE WESTERN DISTRICT OF WASHINGTON
11                                    AT TACOMA
12
13   SHARON ALLEN; THE WASHINGTON
     PROTECTION AND ADVOCACY SYSTEM,
14   INC., a Washington corporation; and THE ARC        No. C99-5018RJB
15   OF CLARK COUNTY, *et al.*
16
17                               Plaintiffs,             ORDER GRANTING JOINT MOTION
18                                                       FOR LEAVE TO FILE OVERLENGTH
                                                         BRIEF IN SUPPORT OF JOINT MOTION
19   v.                                                  FOR FINAL APPROVAL OF CLASS
20                                                       SETTLEMENT
21
22   WESTERN STATE HOSPITAL and ANDREW
     PHILLIPS, in his capacity as the Chief Executive
23   Officer of Western State Hospital; *et al.*,

                                 Defendants.

         THIS MATTER comes before the above-entitled Court upon the parties' Joint Motion to

for Leave to File an Over-length Brief in Support of the parties' Joint Motion for Final Approval

of Class Settlement.

         Having considered the entirety of the records and file herein, **IT IS HEREBY**

**ORDERED** that:

ORDER GRANTING JOINT MOTION TO FILE
OVERLENGTH BRIEF IN SUPPORT OF JOINT              Washington Protection & Advocacy System
MOTION FOR FINAL APPROVAL OF CLASS
SETTLEMENT - 1                                         315 5TH Avenue South, Suite 850

C99-5018                                            Seattle, Washington  98104

                                                   (206) 324-1521  ·  Fax: (206) 957-0729

1
2
3
4           The parties may file an over-length brief in Support of the parties' Joint Motion for Final
5
6      Approval of Class Settlement not to exceed 3 additional pages for a total of 15 pages.
7
8           Dated this 2nd day of April, 2007.
9
10
11
12
13
14                        RONALD B. LEIGHTON
15                        UNITED STATES DISTRICT JUDGE
16
17
18     Presented By:
19                                          ROB MC KENNA
20                                          Attorney General
21
22
23     /s/ Deborah A. Dorfman                /s/ Ed Dee (signed with electronic approval)
       Deborah A. Dorfman, WSBA #23823      Ed Dee, WSBA #15964
       Washington Protection & Advocacy System   S. Morgan Pate, WSBA #32269
       315 Fifth Avenue South, Suite 850    Assistant Attorneys General
       Seattle, WA  98104                   PO Box 40124, Olympia
       Telephone: (206) 324-1521            WA  98504-0124
       Fax:  (206) 957-0729                 Telephone:  (360) 438-7207
       E-mail:  debbied@wpas-rights.org     Fax:    (360) 407-0426
                                            Email: EdD@atg.wa.gov
       Rob Denton
       Disability Law Center                Attorneys for Defendants
       205 North 400 West
       Salt Lake City, UT 84103

       Attorneys for Plaintiffs


       ORDER GRANTING JOINT MOTION TO FILE
       OVERLENGTH BRIEF IN SUPPORT OF JOINT        Washington Protection & Advocacy System
       MOTION FOR FINAL APPROVAL OF CLASS
       SETTLEMENT - 2                                    315 5TH Avenue South, Suite 850

       C99-5018                                        Seattle, Washington  98104

                                                    (206) 324-1521 · Fax: (206) 957-0729