Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHARON ALLEN; THE WASHINGTON PROTECTION AND ADVOCACY SYSTEM, INC., a Washington corporation; and THE ARC OF CLARK COUNTY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN STATE HOSPITAL and ANDREW PHILLIPS, in his capacity as the Chief Executive Officer of Western State Hospital; *et al*.,<br><br>Defendants. | No. C99-5018RBL<br><br>ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT |

Having reviewed the records and files in this matter and the parties' Joint Motion for Approval of Class Settlement with supporting documents including the Declarations of Deborah A. Dorfman, Edward Dee, and Lisa Weber, Ph.D, with attached exhibits, conferred with counsel for the parties, conducted a fairness hearing pursuant to Fed. R. Civ. Pro. Rule 23(e), considered the comments of class members to the proposed settlement and the parties' brief in support of their motion for final approval of the class settlement herein;

(PROPOSED) ORDER GRANTING JOINT MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT
AGREEMENT - 1
C99-5018

Washington Protection & Advocacy System
315 5TH Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 · Fax: (206) 957-0729

IT IS HEREBY ORDERED THAT the parties' joint motion for final approval of class settlement is granted and the Agreed Order of Settlement attached hereto shall be entered.

DATED this 6th day of April, 2007.

*(signature)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Deborah A. Dorfman
Deborah A. Dorfman, WSBA #23823
Washington Protection & Advocacy System
Washington Protection & Advocacy System
315 Fifth Avenue South, Suite 850
Seattle, WA  98104

/s/Rob Denton
Rob Denton
Disability Law Center
205 North 400 West
Salt Lake City, UT 84103
Attorneys for Plaintiffs

ROB McKENNA, Attorney General

/s/Edward Dee
Ed Dee, WSBA #15964
Morgan Pate, WSBA #32269
Assistant Attorneys General
Office of the Attorney General
7141 Cleanwater Drive
P.O. Box 40124
Olympia, WA 98504-0124
Attorneys for Defendants

(PROPOSED) ORDER GRANTING JOINT MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT
AGREEMENT - 2
C99-5018

Washington Protection & Advocacy System
315 5TH Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521  ·  Fax: (206) 957-0729